# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| **JOHNNY E. SETZER,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:19-cv-00133-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **ERIC A. HOOKS, Secretary, North Carolina Department of Public Safety,** | ) ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2020 Order.

October 13, 2020

*Frank G. John*

Frank G. Johns, Clerk
United States District Court